# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LeCynthia Farley** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:21-cv-01711-RDP** |
| **Milo's Tea Company, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT MILO'S TEA COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Milo's Tea Company, Inc. ("Defendant"), in the above-captioned action certifies that Defendant is a privately held company and its general purpose is the sale of tea and other beverages in grocery stores and retail locations.

Counsel certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

{110343.1}

>Respectfully submitted,
>
>*/s/Christian C. Feldman*
>Christian C. Feldman (ASB-0000-F38H)
>Kimberly W. Geisler (ASB-3671-Y88G)
>*Attorneys for Defendant Milo's Tea Company, Inc.*

**OF COUNSEL:**
**SCOTT DUKES & GEISLER, P.C.**
211 22nd Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300
kgeisler@scottdukeslaw.com
cfeldman@scottdukeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, I served the foregoing to the following counsel of record via CM/ECF:

Cynthia Forman Wilkinson, Esq.
WILKINSON LAW FIRM, P.C.
215 Richard Arrington Jr. Blvd.
Suite 200
Birmingham, Alabama 35203

>*/s/Christian C. Feldman*
>Of Counsel

{110343.1}