# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LECYNTHIA FARLEY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:21-CV-01711-RDP |
| **MILO'S TEA COMPANY, INC.,** | } |
| **Defendant.** | } |

## CONSENT PROTECTIVE ORDER

This matter is before the court on the parties' Joint Motion for Protective Order. (Doc. # 29). The parties recognize that various information and documents will be exchanged during the course of this litigation that may contain sensitive business, personal, proprietary, or otherwise confidential information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure. Accordingly, the parties' Motion (Doc. # 29) is **GRANTED**. With the consent of the parties, the court **ADOPTS** the Agreed Protective Order (Doc. # 29-1).

**DONE** and **ORDERED** this July 25, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE